Matter of Tristan F.-S. (Candice F.) (2025 NY Slip Op 01509)

Matter of Tristan F.-S. (Candice F.)

2025 NY Slip Op 01509

Decided on March 14, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 14, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, SMITH, DELCONTE, AND HANNAH, JJ.

263 CAF 23-01217

[*1]IN THE MATTER OF TRISTAN F.-S.
 ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, PETITIONER-RESPONDENT;
and
CANDICE F., RESPONDENT-APPELLANT. (APPEAL NO. 1.) 

MINDY L. MARRANCA, BUFFALO, FOR RESPONDENT-APPELLANT.
SHELBY S. MAROSELLI, BUFFALO, FOR PETITIONER-RESPONDENT. 
DAVID C. SCHOPP, THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (CLAIRE H. FORTIN OF COUNSEL), ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Erie County (Kelly A. Brinkworth, J.), entered July 11, 2023, in a proceeding pursuant to Family Court Act article 10. The order determined that respondent had abused the subject child. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.
Entered: March 14, 2025
Ann Dillon Flynn
Clerk of the Court